**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| PUERTO RICO GOVERNMENT JUDICIARY EMPLOYEES RETIREMENT SYSTEM ADMINISTRATION, CRAIG B. LAUB, J.D. PISUT and SANDRA REDFERN, | : | 15 Civ. 01938 (DAB) |
| Plaintiffs, | : | |
| -against- | : | |
| MARCUM, LLP, as successor to STONEFIELD JOSEPHSON, INC., | : | |
| Defendant. | : | |

**LEAD PLAINTIFF'S NOTICE OF MOTION TO**
**DISTRIBUTE THE NET SETTLEMENT FUND**

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that Lead Plaintiff PR Group,[1] by and through its attorneys, on behalf of the Class, respectfully moves the United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, for entry of a proposed Order Authorizing Distribution of the Net Settlement Fund (the "Distribution Order") pursuant to Rule 23 of the Federal Rules of Civil Procedure, which would, *inter alia*:

---

[1] Unless otherwise indicated, all capitalized terms used herein shall have the meaning defined in the Stipulation of Settlement and attached exhibits filed with the Court on May 25, 2017 (the "Stipulation" or "Settlement Agreement") (ECF No. 16-1), the Order Preliminarily Approving Settlement and Providing for Notice of Proposed Settlement (the "Preliminary Approval Order") (ECF No. 17), or the Notice of Proposed Settlement of Class Action, Motion for Attorneys' Fees and Settlement Fairness Hearing (the "Notice") (ECF No. 25, Exhibit A).

(i) approve the Court-appointed Claims Administrator Angeion Group's ("Angeion") administrative determinations accepting and rejecting claims submitted in connection with the Settlement of this Action as stated in the Declaration of Markham Sherwood in Support of Lead Plaintiff's Motion to Distribute Net Settlement Fund with annexed exhibits (the "Sherwood Decl.");[2] (ii) authorize the Claims Administrator to deem timely, all otherwise eligible claims that were submitted after the November 24, 2017 claims filing deadline to the date of the Sherwood Decl.; (iii) approve the distribution of the Net Settlement Fund established by the Settlement of this Action, as calculated under the Plan of Allocation, after deducting all payments previously allowed from the Settlement Fund and the payments requested herein, and after deducting the payment of any estimated taxes, the costs of preparing appropriate tax returns, and any escrow fees, to Authorized Claimants whose Proofs of Claim have been accepted as valid by Angeion and approved by the Court, including those Authorized Claimants who were previously determined to have submitted valid claims in the related action *In re Fuqi International, Inc. Sec. Litig.*, No. 10 Civ. 2515 (DAB) (S.D.N.Y.), as set forth in Part Five of Exhibit B to the Sherwood Decl.; (iv) approve the payment of $28,218.50 to the Claims Administrator from the Net Settlement Fund for the balance of its fees and expenses incurred in connection with the services performed in processing the Proofs of Claim and in administering the Settlement, as set forth in Exhibit D of the Sherwood Decl., and authorize Lead Counsel to approve payment from the Net Settlement Fund to the Claims Administrator, without further order of the Court, an amount of up to $39,093.07 for the fees and costs the Claims

---

[2] The Sherwood Decl. is attached as Exhibit 1 to the Declaration of Lawrence D. Levit in Support of Lead Plaintiff's Motion to Distribute the Net Settlement Fund filed concurrently herewith.

Administrator incurs in connection with performing the work to complete the distribution and administration process; an estimate of these fees and costs is set forth in Exhibit E of the Sherwood Decl.; (v) direct that Authorized Claimants who do not cash their distribution checks within the time allotted will irrevocably forfeit all recovery from the Settlement and the funds allocated to all stale-dated checks will be available to be distributed to other Authorized Claimants in a redistribution; (vi) approve the recommended plan for the disposition of any funds remaining in the Net Settlement Fund after the distribution requested herein; (vii) authorize the destruction of claim forms and records in paper form one year after final distribution of the Net Settlement Fund, and claim forms and records in electronic form three years after final distribution of the Net Settlement Fund; and (viii) release all Persons who were involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the Proofs of Claim filed in this Action, or who were otherwise involved in the administration, taxation or distribution of the Settlement Fund or the Net Settlement Fund, including Lead Plaintiff, Lead Counsel, the Claims Administrator, the Escrow Agent or any other agent retained by Lead Plaintiff or Lead Counsel, from any and all claims arising out of such involvement and bar all Settlement Class Members, whether or not they are to receive payment from the Net Settlement Fund, from making any further claims against the Net Settlement Fund, Lead Plaintiff, Lead Counsel, the Claims Administrator, the Escrow Agent or any other agent retained by Lead Plaintiff or Lead Counsel in connection with the administration, taxation or distribution of the Settlement, beyond the amount allocated to Authorized Claimants.

In support of this motion, Lead Plaintiff relies on the Memorandum of Law in Support of Lead Plaintiff's Motion to Distribute the Net Settlement Fund, the Declaration of Lawrence D. Levit in Support of Lead Plaintiff's Motion to Distribute the Net Settlement Fund, which

attaches as an exhibit the Sherwood Decl. with annexed exhibits, each of which is filed herewith, and all prior proceedings in this Action.

A copy of the proposed Distribution Order is filed herewith for the Court's consideration.

Dated: December 22, 2022

Respectfully submitted,

**ABRAHAM, FRUCHTER & TWERSKY, LLP**

By: /s/ Lawrence D. Levit

Mitchell M.Z. Twersky
Lawrence D. Levit
450 Seventh Avenue, 38th Floor
New York, NY 10123
Telephone: (212) 279-5050
Facsimile: (212) 279-3655
mtwersky@aftlaw.com
llevit@aftlaw.com

**Lead Counsel for Lead Plaintiff PR Group**